AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
11/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM    DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
NOV – 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

United States of America

v.

ELIJAH ALEXANDER KING,

Defendant(s)

Case No.   2:25-mj-06861-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 28, 2025, in the county of San Luis Obispo in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Threats and False Information Regarding Fire and Explosives |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☐ Continued on the attached sheet.

/s/ *Briahna Faye Winter*
Complainant's signature

Briahna Faye Winter, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   November 3, 2025

Judge's signature

City and state:   Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
Printed name and title

AUSAs:  Laura A. Alexander, Jenna W. Long

**AFFIDAVIT**

I, Briahna Winter, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for Elijah Alexander King ("KING") for a violation of 18 U.S.C. § 844(e) on or about August 28, 2025 (threats and false information regarding fire and explosives) (the "Subject Offense").

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since October 2023. I am currently assigned to a Domestic Terrorism and Weapons of Mass Destruction Squad at the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology. I have led and participated in numerous criminal and

1

national security investigations, including those involving the use of digital devices and online accounts to facilitate violations of federal law.

4. Through the course of my training and employment with the FBI, I have used a variety of investigative techniques and resources, including the execution of search warrants and review of both physical and digital evidence collected from search warrant returns. I am familiar with the strategy, tactics, methods, tradecraft, and techniques of criminals, terrorists, and their agents.

5. Upon joining the FBI, I attended and graduated from the FBI's Basic Field Training Course at the FBI Academy in Quantico, Virginia where I received approximately 18 weeks of instruction in the fundamentals of law, ethics, behavioral science, interviewing, report writing, firearms, surveillance, defensive tactics, crime scene analysis, evidence collection, other investigative techniques and case management. Since the Academy, I have received additional FBI training regarding criminal and counterterrorism investigations, including training concerning the use of electronic communications and digital devices in furtherance of crimes. As a federal agent, I am authorized to investigate violations of laws of the United States, and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

### III. SUMMARY OF PROBABLE CAUSE

6. On August 28, 2025, KING used a social media account (linked to an email and phone number KING is known to use) to post the following: "I'm going to blow up every synagogue within a 20-mile radius." He followed it up shortly after with: "This is a real threat. Send police and report me for terrorism." Approximately 10 minutes later, KING repeatedly searched for synagogues near him on an internet browser on his phone. After law enforcement contacted KING about the bomb threat, KING continued to use his social media account to post, for example, "I got arrested and put on a 3 day psych hold for my posts against the jews" and "[w]e don't need gun control. We need jew control." KING also sent racist voicemails and emails to an SLOPD detective.

### IV. STATEMENT OF PROBABLE CAUSE

#### A. KING Posted a Threat to Bomb All Synagogues Within 20-Mile Radius on August 28, 2025

7. On August 28, 2025, at approximately 2:46 a.m., the Western State Information Network[1] ("WSIN") received a report from the Louisiana State Analytical and Fusion Exchange ("LA-SAFE") regarding the following threat made by an account with

---

[1] WSIN is part of a national law enforcement information sharing network that assists law enforcement by providing information to support criminal investigations.

display name "Billy Badass" and username @Eking15605, on the social media platform "X":[2]



8.   A WSIN analyst processed the information provided by LA-SAFE, including an email address, "elijahaking9@gmail.com," previously associated with KING according to searches conducted by LA-SAFE, and "X" posts by the @Eking15605 account that led the LA-SAFE analyst to believe that "Elijah A. King" may be the account user.  After searching for KING's name based on his "elijahaking9@gmail.com" email address, the WSIN analyst determined that KING had a California driver's license, with an address in San Luis Obispo, California.  Given KING's possible location in San Luis Obispo, WSIN reported this threat to the San Luis Obispo Police Department ("SLOPD").

---

[2] Based on my training and experience, I know that "X" is an online social media platform.  Further, based on my training and experience I know that the internet, by which users make posts on "X" is an instrument of interstate and foreign commerce.  See United States v. Sutcliffe, 505 F.3d 944, 953 (9th Cir. 2007) ("'As both the means to engage in commerce and the method by which transactions occur, the Internet is an instrumentality and channel of interstate commerce.'") (quoting United States v. Trotter, 478 F.3d 918, 921 (8th Cir.2007)) (per curiam).

9. After receiving WSIN's initial report, an SLOPD officer contacted WSIN to obtain more information related to this threat. According to a WSIN employee with whom the SLOPD officer spoke, the "X" account posted the threat at approximately midnight on August 28, 2025.

10. According to SLOPD Detective Sofia Marques, who reviewed records later provided by X Corporation, pursuant to a state search warrant,[3] the records confirmed that these threats were posted the morning of August 28, 2025. Specifically, the account posted "[t]his is a real threat send police and report me for terrorism" at 7:29 a.m. Coordinated Universal Time ("UTC"), on August 28, 2025. Based on my training and experience, I know that 7:29 a.m. UTC is 12:29 a.m. Pacific Daylight Time ("PDT").

11. Further, according to records provided by X Corporation, the year of birth listed for this account is the same year KING was born (however, the month and day listed were the same month and day the account was created).[4] The phone number for the account was an 805-area-code number ending in -9363 (the "9363 Number"), and the email associated with the account included KING's first and last name and the last digit

---

[3] On October 3, 2025, the Honorable Catherine Swysen of the Superior Court of San Luis Obispo authorized a state search warrant for information related to the "X" account that posted the threats.

[4] Based on my training and experience, I know that sometimes when people create online accounts and are asked to input their date of birth, the platform usually defaults to the date the account is being created. Further, I have seen individuals not give their true date of birth for a variety of reasons, including to obscure their identity.

5

of his birth year as the vanity email address.  Based on their review of open-source databases, SLOPD detectives determined that the 9363 Number was likely KING's phone number.

12.  The records provided by X Corporation, according to the SLOPD detective, did not contain the first portion of the threat reported by WSIN.  However, according to a report Detective Marques reviewed that was written by another SLOPD detective who reviewed KING's phone,[5] which was searched pursuant to a state search warrant, the "X" account logged into on KING's phone made two posts on "X" shortly after midnight on August 28, 2025.  The first post stated, "I'm going to blow up every synagogue within a 20-mile radius" and was made at 12:27 a.m.  Then, two minutes later, at 12:29 a.m., KING's phone made a post that stated, "[t]his is a real threat send police and report me for terrorism."  Further according to the report by the detective who reviewed KING's phone, there was an email shortly after these posts from "X" telling the user of the account that the first post was removed for violating the platforms policies against threats.  Based on my training and experience, I understand that when a post or account data is removed by X the corresponding data is not necessarily preserved or provided in records later requested.

13.  Finally, according to the Detective who reviewed KING's phone's report, within approximately 10 minutes of making the threatening posts, at approximately 12:38 a.m. PDT, KING

---

[5] As discussed below, SLOPD obtained KING's phone during a psychiatric hold.

6

searched for "synagogue" and "synagogue near me" a total of 5 times in an internet browser.

### B. San Luis Obispo Police Department Officers Located and Detained KING

14. On August 28, 2025, SLOPD officers began researching KING through open-source and law enforcement databases, as well as license plate reader programs to locate KING or his vehicle.

15. California Department of Motor Vehicles ("DMV") data showed that KING had a white Honda Civic sedan, with license plate number ending -859, registered to him in California. KING's driver's license listed a business address, while an open-source database listed a homeless shelter address as a recent address for KING, both located in San Luis Obispo, California. SLOPD officers could not locate KING at either of these locations.

16. Using license plate reader programs, SLOPD officers learned that KING's vehicle hit repeatedly on license plate readers in San Luis Obispo almost daily.

17. SLOPD then obtained emergency cell site location data associated with the 9363 Number from the provider.[6] Using this location data, SLOPD officers located KING's car in a retail parking lot. SLOPD officers then surveilled KING as he drove to a nearby grocery store. When SLOPD officers approached KING

---

[6] The day after the retrieval of emergency phone location data for the 9363 Number from the provider, on August 29, 2025, SLOPD obtained a warrant for this same data that was signed by the Honorable Crystal T. Seiler in which that court agreed with the exigency and that probable cause supported obtaining that data.

7

inside the grocery store, KING identified himself to officers and showed officers his driver's license.

18. SLOPD Detective Marques spoke to KING near a patrol car after the officers brought KING outside. This interaction was recorded. Detective Marques informed KING that he was not under arrest and was being detained for a mental health evaluation due to a concerning "X" post. KING laughed and said, "This is about Twitter? Cool." Detective Marques again informed KING that he was being detained for a mental health evaluation due to his post on "X" regarding his intent to blow up every synagogue within a 20-mile radius. He responded, "That's why? Uh, listen, I have a car and a life to go back to, so, can I just delete the post?"

19. Detective Marques asked KING if he understood what was happening, and he responded that he did not understand. Detective Marques again explained the circumstances of KING's detention, and he replied, "I said all that? I think this is a hilarious joke if I'm going to be totally honest with you." KING was laughing at this time.

20. Detective Marques asked KING if he felt like hurting anyone, and he responded, "No, I feel like laughing." When asked why he would make a threat to blow up every synagogue within a 20-mile radius, KING replied, "My UK friend said all the time that they can't even say anything . . . and was wondering who's watching and I know. Now I know. Yea, you're out there."

21. Detective Marques completed paperwork to place KING on a psychiatric hold and SLOPD BFui by for transported KING to French Hospital Medical Center in San Luis Obispo, California.

### C. KING Made Additional Antisemitic Posts and Claimed That He was a Member of a White Elitist Group While Being Held

22. According to SLOPD Detective Marques's review of KING's "X" account on August 29, 2025 (the day after KING was placed on the psychiatric hold), the "X" account posted a picture of a hospital bracelet and stated, "I got arrested and put on a 3 day psych hold for my posts against the jews." This same account also made a post that stated, "I am now even more antisemitic than I was before" and reposted another user's post that said "[w]e don't need gun control. We need jew control."

23. On September 3, 2025, an SLOPD Community Services Officer and a Licensed Psychiatric Technician assessed KING at the facility where he had been placed on a California Welfare & Institutions Code, § 5150 hold. KING's social worker at this facility described KING as calm, lucid, not medicating, and further stated that KING did not meet the requirements for any medication. This social worker also relayed that KING openly shared his excitement regarding the attention that he was receiving from law enforcement for his "X" threat.

24. When the SLOPD Community Services Officer and a Licensed Psychiatric Technician spoke to KING directly, he relayed that he was part of a white elitist group and was now being watched by the FBI. He also spoke of a "future plan" and

9

alluded to the next generation being smarter and more equipped to handle non-white people.

### D. KING Posted Antisemitic Rhetoric on "X" Before His August 28, 2025 Threat

25. Review of KING's public "X" account (and the records obtained pursuant to a state search warrant as discussed above) demonstrated that KING posted antisemitic rhetoric before the August 28, 2025 threat. In SLOPD's review, Detective Marques saw numerous posts expressing antisemitic rhetoric, including praise of Adolf Hitler, a historical figure well known for the extermination of people of Jewish descent. Detective Marques also saw multiple images of weapons, including knives, maces, and a handgun. Review of KING's "X" account further demonstrated that within the 24 hours preceding the above threats, he made several posts communicating with "Grok."[7] In these posts, he asked "Grok" for information on the individual who had committed a mass shooting at Annunciation Catholic Church in Minneapolis, Minnesota on August 27, 2025. When "Grok" stated the shooter's "weapons had 'Jew gas' and 'kill Donald Trump' markings" and "[m]otive unclear, but probed from hate crime," KING's account replied, "[t]his is our plan."

26. A few hours earlier, in another post replying to another user, KING's "X" account posted, "[f]ight the jew in every corner and you will be redeemed."

---

[7] Based on my training and experience, I know "Grok" to be an artificial intelligence based conversational robot on "X." Specifically, users can ask "Grok" questions and "Grok" will reply in posts.

10

### E. KING Sent Racist Voicemails and Emails to Detective Marques Using the Phone Number and Email Associated with the "X" Account

27. From September 2025 to early October 2025, KING sent SLOPD Detective Marques numerous voicemails and emails containing racist rhetoric directed at Detective Marques and related to the return of his phone, which SLOPD seized when KING was on a psychiatric hold at the French Hospital Medical Center in San Luis Obispo, California.

28. According to Detective Marques, KING used the same email address that was associated with the "X" account that posted the threat on August 28, 2025.

29. KING left Detective Marques six voicemails in total, on September 5, 8, 9, 10, 20 and 25, 2025. In these voicemails, KING's statements included "you guys are all Mexican, and now my phone is stolen. Can you see kind of where I'm going from here?" and after providing an email address (the same one associated with his "X" account) he said, "I know its in English so you're going to have to bear with me," and "I know its really fun to get back at the white man . . ."

30. On October 2, 2025, Detective Marques emailed KING and told him that the SLOPD Property Department would contact KING to let him know when his phone would be available for pick up. That same day, KING responded, "You are evil in my opinion and the fact that our country is relying on you for justice is laughable. You're a DEI joke put in power by jews, not Americans. You're an incompetent enemy riding the coattails of White people who are your superiors in EVERY way. . . . If you

11

read the constitution you would know only White people can be American."

### V. CONCLUSION

31.  For all the reasons described above, there is probable cause to believe that KING violated 18 U.S.C. § 844(e) (threats and false information regarding fire and explosives).

/s/ Briahna Winter
Briahna Winter, Special Agent
Federal Bureau of Investigation

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
3rd day of November, 2025.

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE