FILED
CLERK, U.S. DISTRICT COURT

11/19/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>ELIJAH ALEXANDER KING,<br><br>              Defendant. | No. 2:25-CR-00952-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 844(e): Threats and False Information Regarding Fire and Explosives; 18 U.S.C. § 875(c): Threats By Interstate Communication; 18 U.S.C. § 1038(a)(1): False Information and Hoaxes] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(e)]

On or about August 28, 2025, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant ELIJAH ALEXANDER KING, through the use of an instrument of interstate and foreign commerce, and in and affecting interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate an individual, and unlawfully damage and destroy a

1  building and other real and personal property, by means of an

2  explosive.   Specifically, defendant KING made a post on a social

3  media platform in which defendant KING stated in substance that he

4  was going to "blow up every synagogue in a 20-mile radius."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about August 28, 2025, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant ELIJAH ALEXANDER KING, with intent to issue a threat, and with knowledge and reckless disregard that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce an electronic communication that contained a true threat to injure the person of another, that is, a post on a social media platform in which defendant KING stated in substance that he was going to "blow up every synagogue in a 20-mile radius."

3

COUNT THREE

[18 U.S.C. § 1038(a)(1)]

On or about August 28, 2025, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant ELIJAH ALEXANDER KING knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(2), Use of a Weapon of Mass Destruction. Specifically, defendant KING made a post on a social media platform

//

//

4

1  in which defendant KING stated in substance that he was going to

2  "blow up every synagogue in a 20-mile radius."

4                                    A TRUE BILL

6                                    /S/
                                     Foreperson

8  BILAL A. ESSAYLI
   First Assistant United States
9  Attorney

11

12 IAN V. YANNIELLO
   Assistant United States Attorney
   Chief, National Security Division
13
   THOMAS F. RYBARCZYK
14 Assistant United States Attorney
   Chief, Public Corruption and
15 Civil Rights Section

16 JENNA W. LONG
   Assistant United States Attorney
17 National Security Division

18 LAURA A. ALEXANDER
   Assistant United States Attorney
19 Public Corruption and Civil
   Rights Section

20

21

22

23

24

25

26

27

28