TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JENNA W. LONG (Cal. Bar No. 332192)
Assistant United States Attorney
National Security Division
LAURA A. ALEXANDER (Cal. Bar No. 313212)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8692/1019
    Facsimile: (213) 894-0141
    E-mail: jenna.long@usdoj.gov
           laura.alexander@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-952-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ELIJAH ALEXANDER KING, | **[PROPOSED] TRIAL DATE: 9/15/2026** |
| Defendant. | **[PROPOSED] STATUS CONFERENCE DATE: 8/31/2026** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 18, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into

this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 13, 2026 to September 15, 2026, at 8:30 a.m. The status conference hearing is continued to August 31, 2026, at 9:00 a.m.

2. The time period of December 16, 2025 to September 15, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 10C of the Federal Courthouse, 411 West 4th Street, Santa Ana, California, 92701-4516 on August 31, 2026, at 9:00 a.m., and on September 15, 2026, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| DATE | HONORABLE JAMES V. SELNA |
| --- | --- |
|  | UNITED STATES DISTRICT JUDGE |

Presented by:

/s/
JENNA W. LONG
LAURA A. ALEXANDER
Assistant United States Attorneys